Charles M. Coate (SBN: 140404)
Darius Anthony Vosylius (SBN: 175030)
Theresa S. Johnson (SBN: 254123)
Costa Abrams & Coate LLP
1221 Second Street, Third Floor
Santa Monica, CA 90401
(310) 576-6161
E-Mail: ccoate@cacllp.com

Attorneys for Petitioner Double Life Productions, Inc.

ANTHONY R. SEGALL (CSB No. 101340)
asegall@rsglabor.com
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555

KATHERINE S. CHRISTOVICH (CSB No. 178397)
LEILA B. AZARI (CSB No. 262443)
lazari@wga.org
WRITERS GUILD OF AMERICA, WEST, INC.
7000 West Third Street
Los Angeles, CA 90048
Telephone:  (323) 782-4521
Facsimile:   (323) 782-4806

Attorneys for Respondent Writers Guild of America, West, Inc. and Real Parties in Interest David E. Callaham and Jittery Dog Productions, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLE LIFE PRODUCTIONS, INC., <br><br>                Petitioner, <br><br>        v. <br><br> WRITERS GUILD OF AMERICA, WEST, INC., et al. <br><br>                Respondent(s). | Case No. CV-14-00197-DMG (AJWx) <br> [Assigned to the Hon. Dolly M. Gee] <br><br> **JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE SO THE PARTIES CAN PARTICIPATE IN AN EARLY MEDIATION** <br><br> Scheduling Conference: March 21, 2014 <br> Time  11:00 a.m. <br> Place:   Courtroom 7 |

1

**RECITALS**

1.    WHEREAS, on January 30, 2014, the Court issued an Order setting the Scheduling Conference to take place on March 21, 2014, and ordered the parties to participate in a meeting of counsel pursuant to Federal Rules of Civil Procedure 16 and 26(f).

2.    WHEREAS, pursuant to the Court's January 30, 2014 Order, the parties conducted their meeting of counsel on February 28, 2014, and discussed, *inter alia*, the possibility of a prompt resolution of this action.

3.    WHEREAS, the parties agree to participate in an early mediation before a mutually-agreeable private mediator in the third or fourth week of March 2014.

4.    WHEREAS, the parties respectfully request that the Court continue the March 21, 2014 Scheduling Conference for approximately thirty (30) days so that the parties can focus their resources on this early mediation.

//
//

**STIPULATION**

The undersigned parties, by and through their respective counsel, hereby stipulate to continue the March 21, 2014 Scheduling Conference for approximately thirty (30) days, subject to the Court's approval.

**SO STIPULATED.**

Respectfully submitted,

Dated: March 4, 2014         COSTA ABRAMS & COATE LLP

By:     /s/ Charles M. Coate
         Charles M. Coate
Attorney for Petitioner Double Life Productions, Inc.

Dated: March 4, 2014         ANTHONY R. SEGALL
                             ROTHNER, SEGALL & GREENSTONE

                             KATHERINE S. CHRISTOVICH
                             LEILA B. AZARI
                             WRITERS GUILD OF AMERICA, WEST, INC.


By:     /s/ Leila B. Azari
         LEILA B. AZARI
Attorneys for Respondent Writers Guild of America, West, Inc. and Real Parties in Interest David E. Callaham and Jittery Dog Productions, Inc.